IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

CATHERINE L. ROBERTS,        )
                                 )
      Plaintiff,          )
                                 )  Case No. 3:12-cv-1096
        v.              )
                                 )
CENTRAL PARKING SYSTEM OF  )
TENNESSEE, LLC              )
                                 )
      Defendant.      )
                                 )

**AGREED ORDER OF DISMISSAL**

The Court has been informed that the parties have resolved this dispute and that there are

no further matters requiring the Court's attention.  The Court hereby orders that the instant action

be dismissed with prejudice.  The parties shall bear their own costs.

**IT IS SO ORDERED.**

ENTERED this 15th day of _____May_____, 2013.

_____
**JUDGE ALETA A. TRAUGER**

**APPROVED FOR ENTRY:**


/s/Jonathan L. Bobbitt_____
Justin S. Gilbert, TN Bar No. 017079
Jonathan L. Bobbitt, TN Bar No. 023515
Michael L. Russell, TN Bar No. 020268
GILBERT RUSSELL MCWHERTER PLC
101 North Highland Ave.
Jackson, TN 38301
Telephone:  731.664.1340
Facsimile:  731.664.1540
jgilbert@gilbertfirm.com
jbobbitt@gilbertfirm.com
mrussell@gilbertfirm.com

*Attorneys for Plaintiff*

/s/Luther Wright, Jr._____
Luther Wright, Jr., TN Bar No. 017626
Charlotte S. Wolfe, TN Bar No. 027765
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN  37219-2446
Telephone:  615.254.1900
Facsimile:  615.254.1908
luther.wright@ogletreedeakins.com
charlotte.wolfe@ogletreedeakins.com

*Attorneys for Defendant Central Parking System of Tennessee, LLC*